ROBERT F. BRENNAN (SBN 132449)
Attorney at Law
LAW OFFICES OF ROBERT F. BRENNAN, A P.C.
3150 Montrose Ave.
La Crescenta CA 91214

Telephone: (818) 249-5291
Facsimile: (818) 249-4329
Email: rbrennan@brennanlaw.com

Attorneys for Plaintiff AIDA SOULEIMAN

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA SOULEIMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC., is a business entity, form unknown; SHELLPOINT MORTGAGE SERVICING, a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>                Defendants. | Case No.: 2:14-CV-09685−RGK−E<br><br>Complaint Filed 12/18/14<br>Hon. R. Gary Klausner, Judge<br><br>ORDER GRANTING DISMISSAL OF WITH PREJUDICE OF DEFENDANT NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING, AND THE ENTIRE CASE |

    GOOD CAUSE APPEARING THEREFOR, the Court hereby grants Dismissal of the within action with prejudice as to Defendant NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING, with each party to bear its own costs and attorney's fees.

    Since there are no remaining defendants in this case, this order shall result in the dismissal of the entire action with prejudice.

Dated: November 4 , 2015

*/s/ Gary Klausner*
JUDGE OF THE UNITED STATES DISTRICT COURT